**Honorable David W. Christel**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE TACOMA**

CHRISTINE AHMED, an individual,

Plaintiff,

v.

GARISSON PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign insurer and a subsidiary of USAA CASUALTY INSURANCE COMPANY, a foreign insurer,

Defendants.

NO. 3:25-cv-05775-DWC

**ORDER OF DISMISSAL**

ORDER

THIS MATTER having come on before the Court upon the motion of the plaintiff for voluntary dismissal, the court having reviewed plaintiff's motion and defendants' response, which states defendants do not oppose the motion and stipulate to dismissal, therefore, orders as follows:

The Motion (Dkt. 25) is granted and this matter is dismissed with prejudice against all defendants herein and without costs to any party.

ORDERED this 23rd day of November 2026.

David W. Christel
United States Magistrate Judge



WIENER & LAMBKA, P.S.
1201 Monster Rd SW, Ste. 220
Renton, WA 98057
425.271.8900

PRESENTED BY:

WIENER & LAMBKA, P.S.

By __s/James Lambka______________
James Lambka, WSBA#22124
Attorneys for Plaintiff



WIENER & LAMBKA, P.S.
1201 Monster Rd SW, Ste. 220
Renton, WA 98057
425.271.8900